UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

L.G.D.,

Petitioner,

v.

WARDEN OF IMPERIAL REGIONAL DETENTION CENTER, et al.,

Respondents.

Case No.: 3:26-cv-5439-CAB-AHG

**ORDER FOR SUPPLEMENTAL INFORMATION**

Pending before the Court is Petitioner L.G.D.'s[1] petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner is subject to a final order of removal, however she also has a pending application for a victim-based immigration benefit ("U-visa"). Respondents have therefore argued that they have exercised their discretion to detain Petitioner until U.S. Citizenship and Immigration Services ("USCIS") adjudicates Petitioner's application. [*E.g.*, Doc. No. 5 at 3 ("ICE is waiting for USCIS to issue a decision on Petitioner's pending U Visa application.").] Given Petitioner's claim in her reply brief that this decision means there is "good reason to

[1] The Court **GRANTS** Petitioner's motion to proceed under a pseudonym given the sensitive nature of the underlying reasons for her U-visa application. [Doc. No. 4.]

believe there is no significant likelihood of removal in the reasonably foreseeable future," [Doc. No. 6 at 9 (quoting *Zadvydas v. Davis*, 533 U.S. 678 (2001))], the Court requires supplemental information from Respondents regarding when USCIS will likely make a decision on Petitioner's application. The Court **ORDERS** Respondents to provide the Court with this information by **<u>November 10, 2026</u>**.

It is **SO ORDERED**.

Dated: October 28, 2026

Hon. Cathy Ann Bencivengo
United States District Judge